UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTHUR KINLAW,<br><br>        Plaintiff,<br><br>   -against-<br><br>F.D.S. BENNETT, et al.,<br><br>        Defendants. | 22-CV-4132 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 15, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: August 15, 2022
     New York, New York

                   /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
               Chief United States District Judge